# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL ANTHONY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK, an Illinois Federal Savings Association, and NATIONAL BANCORP HOLDINGS, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 1:21-cv-02509-EEC<br><br>Honorable Edmond E. Chang<br><br><br>**DECLARATION OF MICHAEL ANTHONY** |

I hereby declare the following:

1. I am over the age of 18, and this declaration is based on personal knowledge of the matters set forth herein.

2. I am the Plaintiff in this action.

3. I have been the Plaintiff in two TCPA actions, including the present case, and one other matter. I have never filed any other TCPA or telemarketing-related actions besides these two cases.

4. Prior to Defendants' filing of their Answer, I had never visited or heard of the website lowermyowninterestrate.com.

5. On April 14, 2021, I was called and then transferred to Moe.

6. After receiving numerous telemarketing calls over the past two years asking for "Needle Dee," I did not correct the caller when she asked to speak to Needle Dee in an attempt to identify the person calling me.

7. On April 14, 2021, I told Moe, his manager Matt O., and later, to Maggie D., a vice president in charge of telemarketing, that I was on the federal Do Not Call Registry and should never have been called, and that I sought to be removed from their calling lists.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 8, 2021.

By: _____
      Michael Anthony