# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY, individually, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>THE FEDERAL SAVINGS BANK, an Illinois Federal Savings Association, and NATIONAL BANCORP HOLDINGS, INC., a Delaware corporation,<br><br>      Defendants. | Case No.: 21-cv-02509<br><br>Hon. Edmond E. Chang |

## JOINT DISCOVERY PROGRESS REPORT

Pursuant to the Court's Order of November 23, 2021 (Dkt. 42), Plaintiff Michael Anthony and Defendants The Federal Savings Bank and National Bancorp Holdings, Inc. (the "Parties") file this Joint Discovery Progress Report about the progress of discovery, and to report on the deposition schedule for the deponents in the case.

**1.    Status of Discovery**

On December 17, 2022, Defendants served their Third Supplemental Responses to Plaintiff's First Set of Discovery Requests, along with documents, Bates-stamped TFSB_000449–TFSB_014046. On December 20, 2022, Defendants served additional documents, Bates-stamped TFSB_014047–TFSB_015275.

On January 12, 2022, Defendants served their Fourth Supplemental Responses to Plaintiff's First Set of Discovery Requests. Plaintiff is currently reviewing these documents and analyzing them for, among other things, their completeness and responsiveness to Plaintiff's discovery requests.

2. **Status of Plaintiff's Responses to Defendants' First Set of Written Discovery Requests**

Defendants served their first set of interrogatories, requests for production of documents, and requests for admission to Plaintiff on December 1, 2021. The Court set the due date for Plaintiff's responses to January 7, 2022. Dkt. 45. However, Plaintiff requested, and was granted by Defendants, an additional extension to January 12, 2022, to serve Plaintiff's responses. Plaintiff served his responses and objections on January 12, 2022, pursuant to that agreement. Defendants are currently reviewing Plaintiff's responses and document production and analyzing them for, among other things, their completeness and responsiveness to Defendants' discovery requests.

3. **Subpoenas**

Plaintiff issued subpoenas for documents on each of the vendors identified by Defendants in response to Interrogatory No. 4 on January 18, 2022. The following chart shows the status of these vendor subpoenas:

| Third Party | Served |
| --- | --- |
| Iconic Results LLC | January 20, 2022 |
| Conversion Kings LLC | January 18, 2022 |
| Wavve Marketing Corp. | January 25, 2022 |
| Lead Revu, LLC | Large office building with no directory |
| Rasani Media LLC | Returned unexecuted Registered agent does not live there |

Additionally, Plaintiff obtained an order compelling FDE Marketing Group LLC ("FDE") to comply with its subpoena for documents through its enforcement action pending in the Southern District of Florida. Because FDE failed to comply with the Order, Plaintiff filed a motion for an order of civil contempt against FDE on February 1, 2022. *Anthony v. FDE Marketing Group, LLC*, Case No. 1:21-mc-23345-FAM (Dkt. 13).

### 4. Depositions

On January 12, 2022, with leave of Court, Plaintiff filed his First Amended Class Action Complaint, adding FDE as a named defendant. (Dkt. 51). FDE was served, and its responsive pleading is due by February 14, 2022. In light of the amendment, the original parties to the case agreed to file a motion to extend the discovery deadline and to postpone the depositions set for early February until FDE appears and answers the Amended Complaint. The motion was granted on January 25, 2022. The Court instructed the parties to meet and confer within seven days of FDE's appearance, and submit a status report containing a proposed discovery schedule within three business days thereof. (Dkt. 55). Also pending is an Order requiring a status report to be filed by noon on March 4, 2022. (Dkt. 49).

| | |
|---|---|
| Michael Anthony, individually, and on behalf of all others similarly situated, | The Federal Savings Bank, and National Bancorp Holdings, Inc., |
| By: /s/ Thomas A. Zimmerman, Jr. | By: /s/ V. Amanda Witts |
| Thomas A. Zimmerman, Jr. (IL #6231944)<br>*tom@attorneyzim.com*<br>Jeffrey D. Blake<br>*jeff@attorneyzim.com*<br>Zimmerman Law Offices, P.C.<br>77 W. Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>Telephone: (312) 440-0020<br>Facsimile: (312) 440-4180<br>*www.attorneyzim.com*<br><br>Mark L. Javitch (admitted *pro hac vice*)<br>*mark@javitchlawoffice.com*<br>Javitch Law Office<br>480 S. Ellsworth Avenue<br>San Mateo, California 94401<br>Telephone: (650) 781-8000<br>Facsimile: (650) 648-0705<br><br>Attorneys for Plaintiff and the putative Class | Steven M. Hartmann (IL #6185428)<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606-6677<br>312.360.6000<br>shartmann@freeborn.com<br><br>V. Amanda Witts (admitted *pro hac vice*)<br>Mitchell Sandler<br>1120 20th Street, NW, Suite 725<br>Washington, DC 20036<br>Telephone: (202) 886-5267<br>v.awitts@mitchellsandler.com<br><br>Attorneys for Defendants |