IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL ANTHONY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE FEDERAL SAVINGS BANK, an Illinois Federal Savings Association, and NATIONAL BANCORP HOLDINGS, INC., a Delaware corporation, and FDE MARKETING GROUP LLC, a Florida limited liability company,<br><br>    Defendants. | Case No.: 1:21-cv-02509<br><br>Honorable Edmond E. Chang |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Plaintiff Michael Anthony ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, brings this motion for leave to file under seal Exhibit D accompanying Plaintiff's Combined Motion for Class Certification and Motion to Bar Defense Expert Jan Kostyun, and Consolidated Memorandum of Law.

Plaintiff seeks leave to file Exhibit D under seal. The parties entered into an Agreed Confidentiality Order governing the production of discovery materials in this litigation, which was entered by the Court on August 27, 2021. *See* Dkt. 27.

Plaintiff seeks to include certain materials in his Motion for Class Certification that Defendants and third parties have designated as Confidential under the Agreed Confidentiality Order. The Northern District of Illinois Model Confidentiality Order provides for designating as confidential information qualifying as: (a) information prohibited from disclosure by statute; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical information concerning any individual; (e) personal identity information; (f) income tax returns (including attached schedules and forms),

W-2 forms and 1099 forms; or (g) personnel or employment records of a person who is not a party to the case. Some of the information contained in Exhibit D meets this definition of confidential information.

The unredacted Exhibit D is being provisionally filed under seal, and the redacted Exhibit D is being filed along with Plaintiff's Combined Motion for Class Certification and Motion to Bar Defense Expert Jan Kostyun, and Consolidated Memorandum of Law.

WHEREFORE, Plaintiff requests that the Court grant his motion for leave to file exhibits under seal, and such other relief as the Court deems appropriate.

Respectfully submitted,

By: /s/ Thomas A. Zimmerman, Jr.
    Thomas A. Zimmerman, Jr.
    *tom@attorneyzim.com*
    Jeffrey Blake
    *jeff@attorneyzim.com*
    ZIMMERMAN LAW OFFICES, P.C.
    77 W. Washington Street, Suite 1220
    Chicago, Illinois 60602
    Telephone: (312) 440-0020
    Facsimile: (312) 440-4180
    www.attorneyzim.com

    Mark L. Javitch (admitted *pro hac vice*)
    JAVITCH LAW OFFICE
    3 E. 3rd Avenue, Suite 200
    San Mateo, California 94401
    Telephone: 650-781-8000
    Facsimile: 650-648-0705
    *mark@javitchlawoffice.com*

*Attorneys for Plaintiff and the putative Class*