**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL ANTHONY, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>THE FEDERAL SAVINGS BANK, an Illinois Federal Savings Association, and NATIONAL BANCORP HOLDINGS, INC., a Delaware corporation, and FDE MARKETING GROUP LLC, a Florida limited liability company,<br><br>        Defendants. | Case No.: 1:21-cv-2509<br><br>Hon. Edmond E. Chang, Judge Presiding |

**DEFENDANTS' AMENDED MOTION FOR LEAVE TO FILE ENLARGED BRIEF IN OPPOSITION TO PLAINTIFF'S COMBINED MOTION FOR CLASS CERTIFICATION AND MOTION TO BAR DEFENSE EXPERT JAN KOSTYUN AND CONSOLIDATED MEMORANDUM OF LAW**

        Defendants The Federal Savings Bank and National Bancorp Holdings, Inc. (together, "Defendants") hereby move for leave of Court to file Defendants' combined response memorandum in opposition to Plaintiff's Combined Motion for Class Certification and Motion to Bar Defense Expert Jan Kostyun and Incorporated Memorandum of Law, in excess of the 25-page limit under the Court scheduling order, and in support, state as follows:

        Plaintiff's Combined Motion for Class Certification and Motion to Bar Defense Expert Jan Kostyun and Memorandum of Law ("Motion") is 25 pages plus voluminous exhibits including a 19-page declaration from Plaintiff's expert. (Docket No. 128). On March 16, 2023, the Court entered a scheduling order with respect to the Motion in which it gave the parties leave to file briefs of up to 25 pages. (Docket No. 125).

        In order to fully present the arguments and evidence in opposition to Plaintiff's Motion, Defendants find it necessary and appropriate to file a response memorandum consisting of 30 pages.

        On May 3, 2023, Defendants' counsel emailed Plaintiff's counsel regarding the relief requested herein. Counsel for Plaintiff consented to Defendants' request provided the Court permitted Plaintiff an

additional five-pages for Plaintiff's Reply in Support of Plaintiff's Motion. Defendants consent to Plaintiff's request for an additional five pages for Plaintiff's Reply in Support of Plaintiff's Motion.

**WHEREFORE**, Defendants The Federal Savings Bank and National Bancorp Holdings, Inc., request that this Court grant them leave to file a 30-page combined response in opposition to Plaintiff's Motion, which is in excess of the number of pages permitted by the Court's scheduling order, and such other relief as the Court deems appropriate.

Dated: May 3, 2023

Respectfully submitted,

THE FEDERAL SAVINGS BANK and NATIONAL BANCORP HOLDINGS, INC.

By:  *V. Amanda Witts*
Steven M. Hartmann (ARDC No. 6185428)
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606-6677
(312) 360-6000
shartmann@freeborn.com

V. Amanda Witts (admitted *pro hac vice*)
Mitchell Sandler
1120 20th Street, NW, Suite 725
Washington, DC 20036
(202) 886-5267
v.awitts@mitchellsandler.com
*Attorneys for Defendants The Federal Savings Bank and National Bancorp Holdings,*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on May 3, 2023, she caused copies of the foregoing to be served upon counsel of record listed below, via the Court's ECF system:

Thomas A. Zimmerman, Jr.
Jeffrey D. Blake
Zimmerman Law Offices, P.C.
77 W. Washington Street – Suite 1220
Chicago, Illinois 60602
tom@attorneyzim.com
jeff@attorneyzim.com

Mark L. Javitch
Javitch Law Office
480 S. Ellsworth Avenue
San Mateo, California 94401
mark@javitchlawoffice.com

Melanie Chico
Mark Silverman
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
mchico@dykema.com
msilverman@dykema.com

Alejandro Tirado-Luciano
Tirado-Luciani & Tirado, P.A.
2655 Le Jeune Rd., Ste. 1109
Coral Gables, FL 33134
atl@tltirado.com

          /s/ V. Amanda Witts

6133317v1/33893-0003