UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Michael Anthony
                Plaintiff,

v.                                                    Case No.: 1:21−cv−02509
                                                    Honorable LaShonda A. Hunt

The Federal Savings Bank, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

       MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' motion for reconsideration filed at [177] appears duplicative of the motion for reconsideration filed at [175], save for a declaration attached as an exhibit to the motion at [177]. Therefore, the motion filed at [175] is stricken. Hearing on the motion for reconsideration set for 10/14/25 at 10:00AM in Courtroom 1425 is reset to 10/14/25 at 9:30AM. Counsel may either appear in−person or telephonically by dialing: 1−650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Parties should be prepared to present their positions orally. If the Court believes further briefing is necessary, a schedule will be set at that time. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.