UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Michael Anthony
                      Plaintiff,

v.                                         Case No.: 1:21−cv−02509
                                                          Honorable LaShonda A. Hunt

The Federal Savings Bank, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

       MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed Defendants' motion for reconsideration [177] and Plaintiff's response in opposition [183]. For all the reasons stated at the hearing and in this order, the Court finds Defendants' arguments unpersuasive. "Reconsideration is not an appropriate forum for rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion." *Ahmed v. Ashcroft*, 388 F.3d 247, 249 (7th Cir. 2004). At bottom, Defendants continue to challenge the ability of Plaintiff's expert, Aaron Woolfson, to identify class members, even though that is not the standard applied to class certification motions under applicable Seventh Circuit precedent. Furthermore, Defendants aver that they discovered this "new" information about Mr. Woolfson's "unreliable data" in early August 2025, over six weeks *before* the Court ruled on the class certification and *Daubert* motions. Weeks after that decision, Defendants now contend this is another ground for denying class certification and disqualifying Woolfson. But their argument (raised only after they lost) comes too late. As the Court pointed out, Defendants are not precluded from further challenging Woolfson's opinions at the merits review stage of the case, but the current ruling stands and reconsideration [177] is denied. On a final note, Woolfson's recently filed declaration [183−1] asserts that Defendants are simply wrong about his ability to use certain data to identify potential class members. At this juncture, the Court takes no position on which side is correct. These are the types of issues that can (and should) be discussed as the parties confer about developing a plan for moving the case forward. Any proposals for accomplishing these next tasks should be included in the forthcoming joint status report which remains due on 10/27/25. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.