IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE FEDERAL SAVINGS BANK, an Illinois Federal Savings Association, and NATIONAL BANCORP HOLDINGS, INC., a Delaware corporation, and FDE MARKETING GROUP LLC, a Florida limited liability company,<br><br>    Defendants. | Case No.: 1:21-cv-2509<br><br>District Judge LaShonda A. Hunt<br><br>Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

Plaintiff Michael Anthony ("Plaintiff") and Defendants The Federal Savings Bank and National Bancorp Holdings, Inc. ("Defendants") (collectively, the "Parties"), submit this joint status report pursuant to the Court's November 17, 2025 Order [ECF 195].

On September 25, 2025, Plaintiff served Rule 30(b)(6) notices of deposition to each Defendant regarding Defendant's financial status. Defendant objected to the depositions. The Parties met and conferred to discuss the matter, but were unable to reach a resolution. On January 16, 2026, Plaintiff filed a motion to compel the depositions, which is currently pending decision.

On October 30, 2025, the Court held a status hearing, where Judge Hunt noted that Plaintiff bears the obligation pursuant to Fed. R. Civ. P. 26(a)(2)(B) and 26(e) to ensure that Plaintiff's expert Aaron Woolfson's ("Mr. Woolfson") expert report fully disclosed all data sources and information relied upon in forming his opinions [ECF 187]. On December 11, 2025, in accordance with the October 30, 2025 status hearing and the Court's November 17, 2025 Order [ECF 195],

Defendants wrote to Plaintiff's counsel requesting that, to the extent Plaintiff intends to supplement or amend Mr. Woolfson's report, Plaintiff did so prior to Defendants conducting additional discovery. Defendants specifically requested that Plaintiff provide a response on or before December 23, 2025. To date, Plaintiff has not supplemented Mr. Woolfson's report, or otherwise responded to Defendants' correspondence advising of any intent to supplement.

On December 15, 2025, Defendants issued document and deposition subpoenas to iconectiv, LLC, and document and deposition subpoenas to Tel-Lingua, LLC. The document subpoenas call for production of certain documents by January 20, 2026, and the subpoenas set the dates for depositions on February 3 and 4, 2026. Thus far, Tel-Lingua has objected to the production of certain documents. Defendants are working with Tel-Lingua to resolve Tel-Lingua's objections without the need for court intervention.

On January 5, 2026, Defendants issued a document and deposition subpoena to NB Elite, LLC, who is allegedly one of two vendors used by FDE Marketing Group, LLC to obtain calling lists. On January 13, 2026, Plaintiff also issued a subpoena for documents to NB Elite, LLC. The Parties' document subpoenas call for production of documents on February 3, 2026. Defendants' deposition subpoena sets February 19, 2026 as the date for the deposition.

The dates set forth in the subpoenas have not been confirmed by the recipients of the subpoenas as of this filing. Defendants anticipate that the depositions will be rescheduled to accommodate the schedules of witnesses and parties.

Defendants are not interested in settlement discussions at this time, in light of their pending FCRP Rule 23(f) Petition for Permission to Appeal and the outstanding discovery and expert issues, rulings on which may significantly undermine Plaintiff's current settlement demand.

| | |
|---|---|
| Michael Anthony, individually, and on behalf of all others similarly situated, | The Federal Savings Bank and National Bancorp Holdings, Inc., |
| By: /s/ Thomas A. Zimmerman, Jr.<br>Thomas A. Zimmerman, Jr. (IL #6231944)<br>*tom@attorneyzim.com*<br>Jeffrey D. Blake<br>*jeff@attorneyzim.com*<br>Zimmerman Law Offices, P.C.<br>77 W. Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>Telephone: (312) 440-0020<br>*www.attorneyzim.com*<br><br>Mark L. Javitch (admitted *pro hac vice*)<br>*mark@javitchlawoffice.com*<br>Javitch Law Office<br>480 S. Ellsworth Avenue<br>San Mateo, California 94401<br>Telephone: (650) 781-8000<br><br>Class Counsel | By: /s/ V. Amanda Witts<br>Steven M. Hartmann (IL #6185428)<br>*shartmann@sgrlaw.com*<br>Smith, Gambrell & Russell, LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606-6677<br>Telephone: (312) 360-6000<br><br>V. Amanda Witts (admitted *pro hac vice*)<br>*v.awitts@mitchellsandler.com*<br>Ari Karen (*pro hac vice* forthcoming)<br>*akaren@mitchellsandler.com*<br>Sean Hennessy (*pro hac vice* forthcoming)<br>*shennessy@mitchellsandler.com*<br>Mitchell Sandler PLLC<br>2020 K Street NW, Suite 760<br>Washington, DC 20006<br>Telephone: (202) 886-5260<br><br>Attorneys for Defendants The Federal Savings Bank and National Bancorp Holdings, Inc. |