# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Michael Anthony

                                                    Plaintiff,

v.                                                                       Case No.: 1:21−cv−02509
                                                                               Honorable LaShonda A. Hunt

The Federal Savings Bank, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Motion hearing held and oral argument heard on Plaintiff's Motion to Compel Rule 30(b)(6) Depositions of Defendants on net worth issues (doc. #[200]). For the reasons stated on the record, the motion is denied without prejudice, with a contention net worth interrogatory (if any) due for service by plaintiff no later than 2/6/26, net worth documents planned for defendant due for service no later than 2/6/26, and defense response to such contention interrogatory (or as supplementation to a previous net worth contention interrogatory) due for service no later than 2/13/26. The extended fact discovery cutoff of 5/18/26 stands. In the event that the parties' discussions could lead to a renewed and granted motion to compel the Rule 30(b)(6) depositions on net worth, or if the depositions then proceed by agreement, the parties should now begin considering the scheduling issues so that the depositions, if conducted, stay within the fact discovery extension, which will not be extended further in this 2021 TCPA case. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.